UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALLACE A WOODARD,

    Plaintiff,

v.                                                                                  Case No. 3:25cv38-LC-HTC

OFFICIAL CAPACITY CAPTAIN HUGHES,
et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on April 11, 2025 (ECF No. 9), recommending this case be dismissed due to Plaintiff's failure to prosecute, to comply with Court orders, or to keep the Court apprised of his address. The Court has attempted to furnish a copy of the Report and Recommendation to the Plaintiff and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). However, all mail has been returned as undeliverable.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute, to comply with Court orders, or to keep the Court apprised of his address.

3. The clerk shall close the file.

**DONE AND ORDERED** this 12th day of May, 2025.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**